GAIL CAVE, Appellant, v RIVERBEND HOMEOWNERS ASSOCIATION, INC., et al., Respondents, et al., Defendant.

Submitted February 25, 2013; decided April 2, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

HAMLET AT WILLOW CREEK DEVELOPMENT Co., LLC, et al., Respondents, v NORTHEAST LAND DEVELOPMENT CORPORATION, Respondent, and PAV-CO ASPHALT, INC., et al., Appellants, et al., Defendant. (And a Third-Party Action.)

Submitted February 19, 2013; decided April 2, 2013

Motion for leave to appeal, insofar as made by William Fehr, dismissed upon the ground that he is not a party aggrieved; motion for leave to appeal otherwise dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

PHILIP F. HANLON, Appellant, v MICHAEL D. HEALY, Respondent.

Submitted February 11, 2013; decided April 2, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.